**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| David Grayson, | § | |
| | § | |
| Plaintiff | § | |
| | § | Civil Action No:  4:18-cv-585 |
| v. | § | |
| | § | |
| DSM Nutritional Products, LLC, | § | |
| | § | |
| Defendant | § | |

## NOTICE OF REMOVAL OF CIVIL ACTION

To the Honorable Judges of the United States District Court for the Southern District of Texas:

I.

1.      DSM Nutritional Products, LLC ("**Defendant**"), is the defendant in the civil action brought on January 9, 2018, in the 149th Judicial District Court of the State of Texas, County of Brazoria, entitled *David Grayson vs. DSM Nutritional Products, LLC,* Cause No. 94874-CV.  David Grayson's ("**Plaintiff**") Original Petition is attached as *Exhibit A*. The citation was issued on January 10, 2018 and is attached hereto as *Exhibit B*.  On January 29, 2018, the summons was served on Defendant's registered agent, Corporation Service Company, and is attached hereto as *Exhibit C*.  Defendant's Original Answer was electronically filed on February 16, 2018 and is attached hereto as *Exhibit D.*  The state court docket sheet is attached as *Exhibit E.*  The attachments constitute all processes, and pleadings served in the state court action. Attached as *Exhibit F* is the Index of Matters Being Filed and *Exhibit G* is the List of all Counsel of Record.

1

II.

2.      This notice of removal is filed within 30 days of receipt of the petition and is timely filed under 28 U.S.C. § 1446(b).

III.

3.      The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties, in that Defendant is now and was at the time the action was commenced diverse in citizenship from Plaintiff.  Defendant is not nor was at the time the state court suit was commenced a citizen of the State of Texas.

4.      Specifically, Defendant DMS Nutritional Products, LLC, is a Delaware limited liability company.  The citizenship of an LLC is determined by the citizenship of its members. *See Harvey v. Grey Wolf Drilling, Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008).  Defendant's sole member is DSM Pharmaceutical, Inc., a Delaware corporation that has had its principal place of business in New Jersey at all times relevant to this action.  Therefore, Defendant was at the time the action was commenced and is now a citizen of the State of New Jersey and of the State of Delaware, but not of the State of Texas.

IV.

5.      The amount in controversy in this action exceeds, exclusive of interest and costs, the sum of $75,000.  In Plaintiff's Original Petition, attached as *Exhibit A*, Plaintiff alleges that he "suffered severe and permanent injuries when his hand was caught in the door of a malfunctioning elevator located on Defendant's property."  Ex. A at 2.  Plaintiff's Petition further itemizes his alleged damages as follows:

   a)  The amount of reasonable medical expenses Plaintiff has incurred in
       the past and those that will be incurred in the future.

2

b) The physical pain and suffering Plaintiff has suffered in the past and will continue to suffer in the future;

c) The physical impairment Plaintiff has suffered in the past and will continue to suffer in the future;

d) The disfigurement Plaintiff has suffered in the past and will continue to suffer in the future;

e) The mental anguish that Plaintiff has suffered in the past and will continue to suffer in the future;

f) The loss of enjoyment of life Plaintiff has suffered in the past and will continue to suffer in the future;

g) Lost wages Plaintiff has suffered in the past and will continue to suffer in the future; and

h) Lost earning capacity Plaintiff has suffered in the past and will continue to suffer in the future.

Ex. A at 6.

V.

6. Removal of this action is therefore proper under 28 U.S.C. § 1441, because it is a civil action brought in a state court, and the federal district courts have original jurisdiction under 28 U.S.C. § 1332 because the plaintiff and defendant are diverse in citizenship and because the contents of the Petition demonstrate, by a preponderance of the evidence, that the amount in controversy exceeds $75,000.

7. WHEREFORE, Defendant, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, remove this action for trial from the 149th Judicial

3

District Court of the State of Texas, County of Brazoria, to this Court on this 26th day of February, 2018.

Dated:  February 26, 2018

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ Mark A. Waite*

Mark A. Waite
Texas Bar No. 00791865
mark.waite@dlapiper.com
Betsey Boutelle
Texas Bar No. 24105515
betsey.boutelle@dlapiper.com
Wells Fargo Plaza
1000 Louisiana, Suite 2800
Houston, Texas 77002
Phone: 713.425.8400
Fax: 713.425.8401

*ATTORNEYS FOR DEFENDANT DSM
NUTRITIONAL PRODUCTS, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on February 26, 2018 via the Court's e-filing system.

Joshua D. Lee
Scott P. Armstrong
Megan C. Savage
Armstrong Lee Savage, LLP
2900 North Loop West, Suite 830
Houston, Texas 77092

_____/s/ Mark A. Waite_____
Mark A. Waite

5